# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS F. RUONAVAARA,<br><br>  Plaintiff,<br><br>vs.<br><br>HARRIS CORPORATION, a Delaware Corporation and DOES 1-100, inclusive,<br><br>  Defendants. | CASE NO. 2:17-cv-02463-WBS-CKD<br><br>**ORDER APPROVING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

  The court having reviewed and considered the Joint Stipulation of Dismissal of Entire Action With Prejudice submitted by Plaintiff Elias F. Ruonavaara ("Plaintiff") and Defendant Harris Corporation ("Defendant") (collectively, the "Parties"):

  IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the Parties' Stipulation, each party shall bear their own respective attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  April 23, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE